UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22cv02639 CAS (KSx)                                     Date: April 2, 2024

Title   *EMPIRE WORLDWIDE LOGISTICS, LLC v. GUARDSTRUMENTS, LLC; ET AL.*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – ORDER TO SHOW CAUSE

    **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 23, 2024**, why this action should not be dismissed for lack of prosecution as to **defendant GUARDSTRUMENTS, LLC, only**.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

    Plaintiff is advised that the Court will consider plaintiff's filing of a application for the clerk to enter default judgment on **defendant GUARDSTRUMENTS, LLC**, or plaintiff's filing of a motion for entry of default judgment on **defendant GUARDSTRUMENTS, LLC,** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |