UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL          JS-6

Case No.   2:22cv02639 CAS (KSx)           Date: August 6, 2024

Title   *EMPIRE WORLDWIDE LOGISTICS, LLC v. GUARDSTRUMENTS, LLC; ET AL.*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

    WHEREAS, on April 2, 2024, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendant GUARDSTRUMENTS, LLC**;

    A response to the Order to Show Cause was to be filed and served no later than April 23, 2024. As of today's date, no such response has been received by this Court;

    IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE as to defendant GUARDSTRUMENTS, LLC,** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

                                                                            00:00

**Initials of Preparer**      CMJ